UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20727-CIV-MARTINEZ-GOODMAN**

ISRAEL GARCIA,

Plaintiff,

vs.

TARGET CORPORATION,

Defendant.

_______________________________________/

**ORDER TRANSFERRING CASE TO DISTRICT OF MINNESOTA**

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Change of Venue, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the District of Minnesota [ECF No. 23]. For the reasons set forth in the motion, transfer of this case to the District of Minnesota is appropriate under 28 U.S.C. § 1404(a). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the District of Minnesota.

2. The Clerk shall terminate any pending deadlines in the Southern District of Florida and **CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of July, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record